IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IAN BYRON FAWKNOTSON, | ) | Case No. 3:21-bk-00618 |
| | ) | Chapter 7 |
| Debtor. | ) | Judge Randal S. Mashburn |
| | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW the Undersigned, Joshua D. Hankins, and hereby files this *Notice of Appearance and Request for Notices* as attorney to represent Southeast Community Capital Corporation, a Tennessee not-for-profit corporation doing business as Pathway Lending, in this matter.

The Undersigned hereby requests that the United States Bankruptcy Court Clerk and counsel for Debtor add the Undersigned to the mailing matrix for this case. The Undersigned requests that copies of all notices and filing be sent to the Undersigned pursuant to the following:

        Joshua D. Hankins, Esq.
        HANKINS LAW
        117 Saundersville Road, Suite 205
        Hendersonville, Tennessee 37075
        Telephone (615) 246-2544
        Facsimile: (615) 246-2544
        Email: josh@hankinslaw.com

1

Case 3:21-bk-00618   Doc 11   Filed 03/18/21   Entered 03/18/21 15:00:07   Desc Main
Document   Page 1 of 3

DATED this 19th day of March, 2021.

                                              Respectfully submitted,

                                              /s/ Joshua D. Hankins
                                              Joshua D. Hankins (BPR: #29499)
                                              Joel S. Stampley (BPR: #36561)
                                              HANKINS LAW
                                              117 Saundersville Road, Suite 205
                                              Hendersonville, Tennessee 37075
                                              Telephone (615) 246-2544
                                              Facsimile: (615) 246-2544
                                              Email: josh@hankinslaw.com
                                              Email: joel@hankinslaw.com
                                              *Attorneys for Pathway Lending*

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing Notice of Appearance and Request for Notices has been forwarded to all who receive notice be electronic means in this case, on this 19th day of March, 2021.

                /s/ Joshua D. Hankins
                Joshua D. Hankins, Esq.